

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00794-CR

Ol **WALLACE** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR3487
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED December 23, 2024.

Lori Massey Brissette, Justice